Filing # 139562473 E-Filed 12/02/2021 12:09:03 PM

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR ST. JOHNS COUNTY, FLORIDA
CIVIL DIVISION

**JAMES MITCHELL**

        Plaintiff,                    CASE NO.:   CA21-1348

v.

**KOCH INDUSTRIES, INC.,**
        Defendant.
_____/

## COMPLAINT

**COME NOW**, the Plaintiff JAMES MITCHELL ("Mr. Mitchell"), by and through the undersigned counsel, hereby sues the Defendant, KOCH INDUSTRIES, INC., ("Koch") and alleges:

### PARTIES, JURISDICTION, AND VENUE

1. This is an action for Declaratory Judgment and Breach of Contract which exceeds $30,000.00, exclusive of interest, court costs, and attorney's fees.

2. Mr. Mitchell is an individual and a resident of St. Johns County, FL.

3. Mr. Mitchell is the pension account holder for account 254400031 07796-A000009

4. Koch is a corporation with headquarters in Wichita, Kansas and incorporated in Kansas. Upon information and belief, Koch is not registered with "Sunbiz."

5. Venue is proper in St. Johns County, as all acts or omissions complained of occurred there.

## COMMON ALLEGATIONS

6. Koch manages Mr. Mitchell's pension.

7. On or about February 4, 2021, Mr. Mitchell contacted Koch regarding a lump sum pension withdrawal and was informed by a representative this withdrawal could occur in May of 2021.

8. On May 10, 2021, Mr. Mitchell requested Koch move the lump sum from his pension into his Vanguard account.

9. At this time, Mr. Mitchell was informed that because his account had over $50,000.00 in it, it could not be moved as a lump sum.

10. Koch has provided no cognizable reason as to preventing Mr. Mitchell from moving his pension, as he was previously told by a Koch representative he could do so.

11. Koch will only allow Mr. Mitchell to receive monthly pension payments.

12. All conditions precedent to this action have been satisfied, have occurred, or have been waived.

## COUNT I: DECLARATORY JUDGMENT

13. Mr. Mitchell realleges paragraphs 1 through 12 and incorporates them herein by reference.

14. This is an action for declaratory relief pursuant to Florida Statute §86.021 for a determination of the rights of Mr. Mitchell's pension.

15. The pension is currently held with Koch Industries, Inc.

16. Mr. Mitchell has demanded the release of his pension and has been unable to secure the release of the funds.

17. Mr. Mitchell is entitled to the proceeds of the pension in the form of a lump sum payment.

18. The relief the Plaintiff seeks is not merely the giving of legal advice by the Court or the answer to a question propounded by curiosity.

19. There is a bona fide, actual, present, and practical need for a declaration based on the present set of facts as the instant controversy specifically pertains to whether or not Plaintiff is entitled to a lump sum payment of his pension.

20. There is no other adequate remedy at law.

21. Pursuant to Florida Statute §86.081, this Court may award costs as equitable.

**WHEREFORE**, the Plaintiff hereby demands judgment against Defendant Koch determining that Plaintiff is entitled to a lump sum pension payment, plus costs and such further relief is appropriate.

### COUNT II: BREACH OF ORAL CONTRACT

22. Mr. Mitchell realleges paragraphs 1 through 12 and incorporates them herein by reference.

23. A Koch representative orally informed Mr. Mitchell that he would be able to receive his pension as a lump sum. Mr. Mitchell relied on this representation in planning for the withdrawal of his Pension in a lump sum payment.

24. When Mr. Mitchell attempted to withdraw his pension through a lump sum payment, Koch reneged on the agreement and refused to provide the lump sum payout.

25. As a result of Koch's breach of the agreement, Mr. Mitchell has been damaged.

**WHEREFORE**, the Plaintiff, hereby respectfully requests that this Honorable Court enter a judgment in favor of Plaintiff and against Defendant, awarding damages, awarding Plaintiff costs incurred in bringing this action, and granting any and all such further relief to which this Honorable Court deems just and proper.

Jury trial is demanded on all counts so triable.

Respectfully submitted:

**NAPLES & SPENCE, Attorneys at Law, PLLC**
2807 North Tenth Street
St. Augustine, Florida 32084
(904) 657-7117
(904) 429-1351 (fax)
SERVICE EMAIL:

Jack@NaplesAndSpenceLaw.com

*/s/ John J. Spence*
David D. Naples, Jr., Esq.
Florida Bar No. 99064
**John J. Spence, Esq.**
Florida Bar No. 77024