## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JAMES MITCHELL,

        Plaintiff,

v.                                                                Case No.   3:22-cv-3-MMH-JBT

KOCH INDUSTRIES, INC.,

        Defendant.

_____

## O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal With Prejudice (Dkt. No. 11; Stipulation) filed on February 2, 2022.   In the Stipulation, the parties request dismissal of this matter with prejudice.   See Stipulation at 1.   Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice**.

2.    Each party shall bear its own costs and attorney's fees.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 3rd day of February, 2022.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record